IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY C. CONKLIN and<br>MATTHEW THOMAS NAYLOR | : | CIVIL ACTION |
| v. | : | |
| MORAN INDUSTRIES, INC., ET AL. | : | NO. 11-411 |

## ORDER

**AND NOW**, this 31st day of May, 2011, upon consideration of Plaintiffs' Motion for Remand and for Costs and Attorneys' Fees (Docket No. 12), and all documents filed in connection therewith, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The Motion is **GRANTED** insofar as it seeks remand, and this case is **REMANDED** to the Court of Common Pleas of Philadelphia County.

2. The Motion is **DENIED** insofar as it requests an award of attorneys' fees and costs incurred in connection with the removal of this case.

3. All other pending motions are **DISMISSED** as moot.

4. The Clerk shall **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.